George E. Christiansen
CT State Marshal
P.O. Box 2918
Stamford, CT 06906

STATE OF CONNECTICUT )
) SS: Stamford                        06-17-2025
COUNTY OF FAIRFIELD     )

REF: Origen Capital Investments 15, LLC  vs  Arden Ventures, LLC, ET AL

Then and There, By virtue hereof, I made service of the within:

1. CIVIL COVER SHET
2. SUMMONS IN CIVIL ACTION
3. COMPLAINT
4. EXHIBITS A, B, C, D, E. F, G, H, I

On:

Frank Nocito

By leaving a True and Attested copy thereof, with my doings there on endorsed with, and served as an **ABODE** service.

On:

Frank Nocito

At:

190 Rance Road
Wilton, CT 06897

Attest: _George E. Christiansen_ (signature)
_____
George E. Christiansen

Per the issuing attorney's request. The document was tied to the front door handle in a clear plastic bag with electrical ties. A second document was mailed to the address by certified mail.

# 12192

George E. Christiansen
CT State Marshal
P.O. Box 2918
Stamford, CT 06906

STATE OF CONNECTICUT )
                       ) SS: Stamford                         06-17-2025
COUNTY OF FAIRFIELD )

REF: Origen Capital Investments 15, LLC vs Arden Ventures, LLC, ET AL

Then and There, By virtue hereof, I made service of the within:

1. CIVIL COVER SHET
2. SUMMONS IN CIVIL ACTION
3. COMPLAINT
4. EXHIBITS A, B, C, D, E. F, G, H, I

On:

Frank Nocito

By leaving a True and Attested copy thereof, with my doings there on endorsed with, and served as an **Certified Mail 7022 0410 0000 2480 5586 with return signature card** service.

On:

Frank Nocito

At:

190 Rance Road
Wilton, CT 06897

Attest: _George E. Christiansen_
George E. Christiansen

Per the issuing attorney's request. The document was tied to the front door handle in a clear plastic bag with electrical ties. A second document was mailed to the address by certified mail.

# 12192

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

7022 0410 0000 2480 5586

| Certified Mail Fee | | |
|---|---|---|
| $ 4.85 | | 0902 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | 01 |
| ☐ Return Receipt (hardcopy) $ | | |
| ☐ Return Receipt (electronic) $ | | Postmark |
| ☐ Certified Mail Restricted Delivery $ | | Here |
| ☐ Adult Signature Required $ | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | | |
| $ 4.01 | | |
| Total Postage and Fees | | 08/17/2025 |
| $ 12.96 | | |

Sent To FRANK NOCITO

Street and Apt. No., or PO Box No. 196 RANGE ROAD

City, State, ZIP+4® WILTON, CT 06897

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**ALERT: SEVERE WEATHER AND FLOODING ACROSS THE MID-ATLANTIC AND NORTHEAST U....**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70220410000024805586

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

Feedback

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Moving Through Network
● **In Transit to Next Facility, Arriving Late**
July 30, 2025

● **Unclaimed/Being Returned to Sender**
WILTON, CT 06897
July 26, 2025, 4:07 pm

● **Reminder to Schedule Redelivery of your item**
June 30, 2025

● **Notice Left (No Authorized Recipient Available)**
WILTON, CT 06897
June 25, 2025, 1:37 pm

● **Arrived at USPS Regional Facility**
WHITE PLAINS NY DISTRIBUTION CENTER
June 24, 2025, 8:57 am

● **Arrived at USPS Regional Origin Facility**

NEW YORK NY DISTRIBUTION CENTER
June 21, 2025, 9:16 pm

**Arrived at USPS Regional Facility**

WHITE PLAINS NY DISTRIBUTION CENTER
June 18, 2025, 8:00 pm

**Arrived at USPS Regional Facility**

STAMFORD CT DISTRIBUTION CENTER
June 17, 2025, 6:45 pm

**Departed USPS Facility**

STAMFORD, CT 06907
June 17, 2025, 6:20 pm

**Arrived at USPS Facility**

STAMFORD, CT 06907
June 17, 2025, 6:01 pm

**Departed USPS Facility**

STAMFORD, CT 06906
June 17, 2025, 5:50 pm

**Departed Post Office**

STAMFORD, CT 06906
June 17, 2025, 5:32 pm

**USPS in possession of item**

STAMFORD, CT 06906
June 17, 2025, 1:26 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates                    ∨

## USPS Tracking Plus®                    ∨

## Product Information                    ∨

See Less ∧