UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORIGEN CAPITAL INVESTMENTS 15, LLC. | * |
|     Plaintiff | * |
| | *   C.A. No. 1:2025-CV-11700-MJJ |
| v. | * |
| | * |
| ARDEN VENTURES, LLC and | * |
| FRANK NOCITO | * |
|     Defendants | * |
| | * |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the provisions of Rule 41(a)(1)(i), the Plaintiff herein voluntarily dismisses the above-entitled action, without prejudice and without costs.

Respectfully submitted for the Plaintiff,
ORIGEN CAPITAL INVESTMENTS 15, LLC

By its Attorneys,

PELOTE LAW GROUP, P.C.

*/s/ Raymond C. Pelote*_____
Raymond C. Pelote, BBO #655475
534 New State Highway
Raynham, MA 02767
Tel.:   (508) 301-4200
rpelote@pelotelaw.com

Dated: August 26, 2025

## **CERTIFICATE OF SERVICE**

I, Raymond C. Pelote, hereby certify that on this 26th day of August, 2025, I filed this document through the electronic filing system, and I certify that I mailed a copy of this document by first class mail, postage prepaid to the following as follows:

Arden Ventures, LLC
c/o Corporation Service Company             Frank Nocito
84 State Street, Boston, MA 02109           190 Range Road
Registered Agent                            Wilton, CT 06897

                                    /s/Raymond C. Pelote